SAMUEL ZIRN, Respondent, v. CLIFTON N. BRADLEY, and PHILIP L. CARRET, PAUL A. GAMMONS and Said CLIFTON N. BRADLEY, Copartners Doing Business under the Firm Name of CARRET, GAMMONS & Co., Appellants, and Others, Defendants.— Order denying a motion to punish plaintiff for contempt and to strike out his pleading for failure to comply with the orders of the official referee reversed on the law and the facts, with ten dollars costs and disbursements, the motion granted, and the complaint as against appellants is dismissed, with costs. The order may provide that the respondent may purge himself of his contempt by appearing, on five days' notice, before the official referee and producing the documents ordered by the official referee to be produced; and that respondent may apply to Special Term for reinstatement of his pleading upon proof that he has paid to appellants the costs awarded hereon, and that he has complied with the official referee's order. The evidence discloses wilful refusal to comply with the official referee's orders, and under section 117 of the Judiciary Law, the Special Term should have granted the application. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

## (July 23, 1940.)

BARTHOLDI TURECAMO and B. TURECAMO CONTRACTING Co., INC., Appellants, v. JOHN J. BENNETT, JR., Individually and as Attorney-General of the State of New York, and JOHN HARLAN AMEN, Individually and as Special Assistant Attorney-General of the State of New York, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. [See 260 App. Div. 253.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

## (July 23, 1940.)

In the Matter of the Resignation of JOSEPH GARROW, Admitted under the Name of JOSEPH GOROWITZ, an Attorney and Counselor at Law.— Respondent was convicted in the United States District Court for the Southern District of New York, upon his plea of guilty on May 2, 1940, of the crimes of using the mails in a scheme to defraud. Respondent was indicted on May 12, 1939, in the Court of General Sessions, County of New York, of the crimes of attempted extortion, attempted grand larceny, first degree, attempted grand larceny, second degree, attempted bribery and bribery, and was convicted, on his plea of guilty on April 29, 1940, on said indictment of the crime of petty larceny; said plea of guilty by respondent to the crime of petty larceny in lieu of further prosecution upon the said indictment for attempted extortion, etc., was accepted by the district attorney of New York county upon condition that the said respondent resign as a member of the bar of the State of New York and consent to an order of disbarment. The resignation is accepted and respondent's name is ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.